**ORDR**
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
**BENSON & BINGHAM**
11441 Allerton Park Drive, #100
Las Vegas, NV 89135
litigate@bensonbingham.com
T: 702.382.9797
F: 702.382.9798
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEANNE DAYTON, the natural mother and guardian of TINA M. MANCINELLI, a minor, and JOSEPH A. MANCINELLI, JR., a minor, as natural heirs of JOSEPH A. MANCINELLI, and ANDREA SOMMERS as administratrix of the Estate for JOSEPH MANCINELLI,<br><br>                        Plaintiffs,<br><br>vs.<br><br>DAN HINGSTON; MARK DOSS dba MARK DOSS TRUCKING; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>                        Defendants. | Case No.: 2:09-cv-00031-RLH-LRL<br><br><br>**ORDER APPROVING PETITION TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM** |

This matter being presented before the above-entitled Court, upon the verified Petition herein; and the Court being fully advised in the premises, finds therefore,

That the allegations in said Petition are fully proved; and it further appearing to the satisfaction of the Court that the best interest of JOSEPH A. MANCINELLI, JR will be promoted by said disbursal of money from minor's blocked trust account,

…

…

200,072

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sum of **$27,091.80, plus accrued interest to date** may be withdrawn from Bank on America, account No. 91000134579047 by JOSEPH A. MANCINELLI, JR, having proved to this Court that he has reached the age of eighteen (18) years.

DATED: July 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

BENSON & BINGHAM

_____
JOSEPH L BENSON, ESQ.
Nevada Bar No. 7276
**BENSON & BINGHAM**
626 South 10th Street
Las Vegas, Nevada 89101
(702) 382-9797
Attorney for Plaintiffs